FILED

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

OCT -7 2015

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) CASE NO. 5:11-cr-00002-1 |
| | ) |
| Stacey Lewis Vincent, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## O R D E R

On August 29, 2011, Defendant was sentenced by this Court to an 87-month custodial term for the offense of possession of firearms by a convicted felon. On September 10, 2015, Defendant filed a motion with this Court requesting consideration for a sentence reduction under 18 U.S.C. § 3582(c)(2), pursuant to Amendment 782 to the United States Sentencing Guidelines.

Amendment 782, effective November 1, 2014, revised the guidelines applicable to drug trafficking offenses by changing how the base offense levels in the Drug Quantity Table in § 2D1.1 incorporate the statutory mandatory minimum penalties for such offenses.

Defendant was *not* convicted of a drug offense, nor was the § 2D1.1 guideline in any manner incorporated within his guideline calculations. Therefore, pursuant to U.S.S.G. § 1B1.10, Amendment 782 is not applicable to Defendant, and a reduction in Defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c)(2).

Stacey Lewis Vincent
5:11-cr-00002-1
Order on Motion

Based on the foregoing, Defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

SO ORDERED this 7th day of October 2015.

                        WILLIAM T. MOORE, JR.
                        JUDGE, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA