GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:40 pm, Jun 02, 2020

| UNITED STATES OF AMERICA | | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Stacey Lewis Vincent | ) | Case Number: 5:11CR00002-1 |
| | ) | USM Number: 16898-021 |
| | ) | John Terry Bolden |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory and standard conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 11, 2019 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 5, 2019 |
| 3 | The defendant committed another federal, state, or local crime (mandatory condition). | August 21, 2019 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 9436

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:

Douglas, Georgia

June 1, 2020
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

June 2, 2020
Date

GAS 245D       (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT:       Stacey Lewis Vincent
CASE NUMBER:     5:11CR00002-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | The defendant associated with a person engaged in criminal activity and associated with a person convicted of a felony and was not granted permission to do so by the probation officer (standard condition). | August 21, 2019 |
| 5 | The defendant illegally possessed a controlled substance (mandatory condition). | August 21, 2019 |
| 6 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 18, 2019 |

GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 3

DEFENDANT:     Stacey Lewis Vincent
CASE NUMBER:   5:11CR00002-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>10 months. It is the Court's intention that the defendant receive credit for time served in federal custody.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL